# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sydney Colunga, | No. CV-14-00265-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Romulus Incorporated, | |
| Defendant. | |

Before the Court is Defendant Romulus, Inc. d/b/a IHOP's Unopposed Motion to Submit the Dollar Amount of Settlement Agreement Under Seal. (Doc. 70.) Defendant requests leave to file under seal an unredacted copy of the Settlement Agreement because the Settlement Agreement contains a confidentiality provision and "Defendant would not want its willingness to pay a settlement in this case … be misused by others as incentive to bring claims." (Id. at 1.) Defendant states that it will attach a copy of the Settlement Agreement to the parties' Joint Motion to Approve Settlement Agreement in which it redacts the dollar amount from the Agreement. (Id.)  The motion is unopposed. (Id.) After review and consideration, the Court will grant Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED granting** Defendant Romulus, Inc. d/b/a IHOP's Unopposed Motion to Submit the Dollar Amount of Settlement Agreement Under Seal. (Doc. 70.)

**IT IS FURTHER ORDERED** that on or before Friday, September 13, 2019

Defendant shall file under seal an unredacted copy of the Settlement Agreement and attach a copy of the Settlement Agreement to the parties' Joint Motion to Approve Settlement Agreement, redacting the dollar amount of the settlement from the Agreement.

Dated this 13th day of September, 2019.

*[signature]*
Honorable Stephen M. McNamee
Senior United States District Judge